CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 11 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. 7:17CR00025 |
| v. ) | |
| ) | **MEMORANDUM OPINION** |
| REGAN DWAYNE REEDY and ) | |
| SUSAN ANNETTE REEDY, ) | By: Hon. Glen E. Conrad |
| ) | United States District Judge |
| Defendants. ) | |

On September 8, 2017, Regan Dwayne Reedy filed a pro se submission that the court construes as a motion to dismiss the indictment. Mr. Reedy argues that the federal government has "no standing, authority or jurisdiction to 'charge' the spiritual man, Regan Dwayne Reedy, with any of its dead written laws (codes)"; that he is not a "person" subject to the provisions of the United States Code; and that the court has "absolutely no jurisdiction" over a spiritual man "unless Jesus Christ, God and the New Testament is all a lie." Docket No. 96 at 41, 71 & 74.

Mr. Reedy's arguments clearly lack merit. Pursuant to 18 U.S.C. § 3231, federal district courts have exclusive original jurisdiction over "all offenses against the laws of the United States." Such offenses include violations of 18 U.S.C. §§ 152 and 371, the crimes charged in the indictment. Mr. Reedy's jurisdictional arguments have no basis in the law and have been rejected by other courts as frivolous. As the United States Court of Appeals for the Seventh Circuit aptly stated, "[r]egardless of an individual's claimed status of descent, be it as a 'sovereign citizen,' a 'secured-party creditor,' or a 'flesh-and-blood human being,' that person is not beyond the jurisdiction of the courts. These theories should be rejected summarily, however they are presented." United States v. Benabe, 654 F.3d 753, 767 (7th Cir. 2011); see also United States v. Garcia, 684 F. App'x 589 (8th Cir. 2017) (summarily rejecting the defendant's jurisdictional challenge based on the assertion that he is a "private, sovereign, flesh and blood

man"); United States v. Davis, No. 5:11-CR-00032-RLV-DSC, 2012 U.S. Dist. LEXIS 30147, at *3 (W.D.N.C. Mar. 7, 2012), aff'd, 539 F. App'x 279 (4th Cir. 2013) (rejecting as patently frivolous the defendant's argument that he, as "the living man," was removed from the court's jurisdiction).

For these reasons, Mr. Reedy's motion to dismiss the indictment must be denied. The Clerk is directed to send copies of this memorandum opinion and the accompanying order to the defendants and all counsel of record.

DATED: This 11th day of September, 2017.

_____
United States District Judge