CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 11 2017

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal Action No. 7:17CR00025 |
| v. | ) |
| | ) **ORDER** |
| REGAN DWAYNE REEDY and | ) |
| SUSAN ANNETTE REEDY, | ) By: Hon. Glen E. Conrad |
| | ) United States District Judge |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that Regan Dwayne Reedy's September 8, 2017 submission (Docket No. 96), which the court construes as a motion to dismiss the indictment, is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the defendants and all counsel of record.

DATED: This 11th day of September, 2017.

_____
United States District Judge